BOYLE & EVERTS COMPANY, Respondent, *v.* JOHN Fox et al.,
Appellants.

*Boyle & Everts Co.* v. *Fox,* 72 App. Div. 617, appeal dismissed.
(Argued October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judicial
department, entered June 2, 1902, affirming a judgment in
favor of plaintiffs entered upon a decision of the court on trial
at Special Term.

The motion was made upon the ground that there was no
question of law involved in the appeal and that the Court of
Appeals had, therefore, no jurisdiction to entertain the same.

*Milton Mayer* for motion.

*Joseph A. Farley* opposed.

Motion granted and appeal dismissed, with costs and ten
dollars costs of motion.

---

BEATRICE PRESSWOOD KING, Appellant, *v.* ARTHUR R. KING,
Respondent.

*King* v. *King,* 73 App. Div. 547, appeal dismissed.
(Argued October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered June 23, 1902, affirming a judg-
ment in favor of defendant entered upon a verdict directed
by the court and an order denying a motion for a new trial.

The motion was made upon the ground that the Court of
Appeals had no jurisdiction to entertain the appeal, the record
presenting no question of law for review.

*Daniel E. Delavan* for motion.

*G. Burchard Smith* opposed.

Motion granted and appeal dismissed, with costs and ten
dollars costs of motion.